order of Supreme Court, Herkimer County, O'Donnell, J.— RPTL art 7.) Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as Chairman of the Board of Assessors of the Town of Salisbury, et al., Appellants. (Appeal No. 12.)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.— RPTL art 7.) Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as Chairman of the Board of Assessors of the Town of Salisbury, et al., Appellants. (Appeal No. 13.)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.— RPTL art 7.) Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ CITY OF LITTLE FALLS, Respondent, v LELAND BARNES, as Chairman of the Board of Assessors of the Town of Salisbury, et al., Appellants. (Appeal No. 14.)—Order unanimously affirmed, without costs. Same memorandum as in *City of Little Falls v Barnes* ([Appeal No. 1], 115 AD2d 968). (Appeal from order of Supreme Court, Herkimer County, O'Donnell, J.— RPTL art 7.) Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD COPES, Appellant.—Judgment unanimously modified, as a matter of discretion in the interest of justice, by reducing the sentence imposed to an indeterminate term of imprisonment with a maximum of six years and a minimum of two years, and otherwise judgment affirmed. (Appeal from judgment of Cayuga County Court, Corning, J.—robbery, second degree.) Present—Dillon, P. J., Doerr, Green, O'Donnell and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v RONALD D. ADAMS, Respondent.—Order unanimously affirmed for reasons stated in memorandum decision at Onondaga County Court, Mordue, J. (Appeal from order of Onondaga County Court, Mordue, J.—dismiss indictment.) Present—Dillon, P. J., Doerr, Green, O'Donnell and Pine, JJ.